IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY SHIRLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**T.M. BARNES,**<br><br>Defendant. | Case No. CV16-6670 ODW (AGR)<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Voluntary Dismissal with Prejudice, the case is now CLOSED. The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated: May 17, 2018

_____

The Honorable Otis D. Wright, II

LA2017505525
52903718.docx

1